UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL EDWARD BROOKS, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ANDREW SAUL, Commissioner of ) <br> Social Security, ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 2:19-CV-24-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 20, 2021, it is ordered that defendant pay to plaintiff $2,680.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $400.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on April 20, 2021, and Copies To:**
Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Mark Goldenberg (via CM/ECF Notice of Electronic Filing)

April 20, 2021              PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk