IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civ. No. 2:19-CV-00024-FL

| MICHAEL BROOKS, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Plaintiff's counsel filed a motion for attorney's fees under 42 U.S.C. § 406(b) and in the amount of $4,531.75.

Defendant filed a reply to the motion noting that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel is awarded fees under 42 U.S.C. § 406(b) in the amount of $4,531.75, and, if applicable, ordered to refund to Plaintiff the smaller award between this amount and the amount counsel previously received under the EAJA.

So ordered, this 28th day of November, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge